1432

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1569.   State ex rel. Johnson Controls, Inc. v. Montez.**
Franklin App. No. 07AP–510, 2008-Ohio-3099.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–0748.   State ex rel. Perrea v. Cincinnati Pub. Schools.**
In Mandamus.

## CASE ANNOUNCEMENTS
### September 3, 2008

[Cite as *09/03/2008 Case Announcements*, 2008-Ohio-4419.]

## MOTION AND PROCEDURAL RULINGS

**In re Motion of Bozsik for Leave to Commence Original Action in Procedendo.**
On June 4, 2008, this court found Steven A. Bozsik to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Bozsik was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On August 27, 2008, Bozsik submitted an application for leave to file an original action in procedendo. Upon review of the proffered filing, the court finds it to be without merit. Accordingly,

It is ordered by the court that Steven A. Bozsik's August 27, 2008 application for leave is denied.

**2008–1209.   State ex rel. Badgett v. Mullens.**
Washington App. No. 06CA61, 2008-Ohio-2373. This cause is pending before the court as an appeal from the Court of Appeals for Washington County. Upon consideration of the joint motion to remand,

It is ordered by the court that the motion is granted and this cause is remanded to the court of appeals to implement the settlement agreement of the parties.

## DISCIPLINARY CASES

**2008–1689.   Allen Cty. Bar Assn. v. Brown.**
This cause is pending before the court upon the findings of fact, conclusions of law, and recommendation of the Board of Commissioners on Grievances and Discipline. On August 27, 2008, the board filed a request to withdraw the findings of fact, conclusions of law, and recommendation. Upon consideration thereof,

It is ordered by the court that the request is granted.

It is further ordered that this case is dismissed.